John W. Ellis, Appellant, v. Market Town Company, Appellee.

Gen. No. 41,482.

opinion filed February 26, 1941; re-hearing denied March 12, 1941. Frank L. Petru, for appellant; Hummer, Van Ness & Yowell, for appellee; John J. Yowell, of counsel. Opinion by PRESIDING JUSTICE HEBEL. ''Not to be published in full.''

Halsted Calumet River Golf Association, Appellee, v. Riverdale Coal and Dock Company, Appellant.

Gen. No. 41,544.

opinion filed February 26, 1941. Seyfarth & Atwood, for appellant; Karl Edwin Seyfarth and Doval Benjamin Williams, of counsel; Blake C. Smith and Rathje, Hinckley, Barnard & Kulp, for appellee; Bernard Barnard, of counsel. Opinion by PRESIDING JUSTICE HEBEL. ''Not to be published in full.''